DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SUSAN TOMSHA-MIGUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-00153 LJO-SKO-1 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | SCHEDULE; ORDER |
| v. ) | |
| ) | |
| SUSAN TOMSHA-MIGUEL, ) | Date: October 1, 2012 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Dept: The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the filing of defense motions for discovery in the above-captioned matter be continued from September 3, 2012 to September 4, 2012, with all dates and deadlines to remain the same.

The parties request this one-day extension because the defense deadline was inadvertently set for Labor Day, a federal holiday.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1                                                 Respectfully submitted,

2

3  DATED: August 23, 2012               /s/ Barak Cohen
                                                BARAK COHEN
                                                Trial Attorney, Public Integrity Section,
4                                                 U.S. Department of Justice
                                               Attorneys for Plaintiff
5

6                                                DANIEL J. BRODERICK
                                             Federal Defender
7

8  DATED: August 23, 2012              /s/  Jeremy S. Krotger
                                               JEREMY S. KROGER
9                                                Staff Attorney
                                             Attorneys for Defendant
10                                               Susan Tomsha-Miguel

11

12

13                                           **ORDER**

14  IT IS SO ORDERED.

15  **Dated:   August 23, 2012**               /s/ **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28